Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  19–13454–VFP
           Chapter:  11
           Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Arsynco, Inc.
 c/o AP Services, LLC
 Attention: Becky Roof
 1221 McKinney Street
 Suite 3275
 Houston, TX 77010

Social Security No.:

Employer's Tax I.D. No.:
 22–1867392

**FINAL DECREE**

 The estate of the above named debtor(s) has been fully administered.

 If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

 ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 11, 2019</u>      <u>Vincent F. Papalia</u>
              Judge, United States Bankruptcy Court